UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| GLENDA GANEM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CV422-269 |
| | ) |
| LOWE'S HOME CENTERS, LLC, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The Court held a May 30, 2023 status conference to discuss the parties' Joint Motion to Modify Discovery Deadlines. Doc. 21. At the conference, Plaintiff's Counsel William Jarrell Degenhart of the law firm Morgan & Morgan indicated that Plaintiff's counsel Sidney Wade Hunter is no longer associated with Morgan & Morgan. Additionally, Defendant's counsel Cody Michael McCollum of the law firm Vernis & Bowling of Atlanta, LLC indicated that Defendant's counsel James Merritt, Jr. is no longer associated with Vernis & Bowling of Atlanta, LLC. To the extent Mr. Hunter or Mr. Merritt seek to withdraw from

this case, they are **DIRECTED** to move to withdraw no later than 30 days from the date of entry of this Order. *See* S.D. Ga. L. Civ. R. 83.7.

**SO ORDERED**, this 1st day of June, 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA