IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

GLENDA GANEM,

    Plaintiff,

v.

LOWE'S HOME CENTER, LLC,

    Defendant.

CIVIL ACTION NO.: 4:22-cv-269

**O R D E R**

    The Court administratively closed this action as the case had settled. (Doc. 35.) Presently before the Court is a Stipulation of Dismissal, signed by counsel for Plaintiff and counsel for Defendant, wherein the parties state that they agree and stipulate to the dismissal of this action with prejudice, with each party to bear its own costs. (Doc. 36.) Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action has been **DISMISSED WITH PREJUDICE**. The Clerk of Court is hereby authorized and **DIRECTED** to **REOPEN** this case, **TERMINATE** any pending motions, and **CLOSE** this case.

    **SO ORDERED**, this 12th day of February, 2024.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA